**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 22-00419-CJC(JDEx)                                              Date:  July 15, 2022

Title: <u>ADAM GHADIRI V. TWO VETS INVESTMENT GROUP, INC., *ET AL*.</u>

PRESENT:

<u>**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**</u>

| <u>Rolls Royce Paschal</u> | <u>     N/A     </u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                                  None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

Plaintiff filed this action on March 18, 2022.  (Dkt. 1.)  Defendants have not appeared.  Plaintiff applied with the Clerk for entry of default on May 24, 2022.  (Dkt. 14.)  The application was denied because Plaintiff's proof of service was lacking required information.  (Dkt. 15.)  Plaintiff filed another proof of service on June 2, 2022, ostensibly in an effort to correct the noted deficiencies.  (Dkt. 16.)  Since then, Plaintiff has not re-applied to the Clerk for entry of default.

The Court **ORDERS** Plaintiff to show cause why this case should not be dismissed.  Plaintiff's response, which could come in the form of a renewed application for entry of default or some other explanation, is due **August 1, 2022**.

MINUTES FORM 11
CIVIL-GEN                                                                                            Initials of Deputy Clerk RRP