JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 22-00419-CJC (JDEx)           Date: September 2, 2022

Title: ADAM GHADIRI V. TWO VETS INVESTMENT GROUP, INC., ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                         None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF PROSECUTION AND FAILURE TO COMPLY WITH THE COURT'S ORDERS**

       On August 18, 2022, the Court ordered Plaintiff to show cause why this matter should not be dismissed for lack of prosecution by August 25, 2022. (*See* Dkt. 22.) The Court recounted Plaintiff's multiple applications to the Clerk's Office for an entry of default, Plaintiff's non-responsiveness to deficiency notices from the Clerk's Office, and a previous order by this Court to show cause for similar reasons. (*See id.*) And in its August 18 order, the Court instructed that if Plaintiff chose to respond to the order with a renewed application for an entry of default to the Clerk's Office, Plaintiff was further ordered "to respond promptly to any subsequent deficiencies in any renewed application, lest risk immediate dismissal of this matter." (*Id.*) On August 25—the deadline—Plaintiff filed a renewed application and received a notice of deficiency the same day. (*See* Dkt. 23, Dkt. 24.) Plaintiff has filed nothing since. Accordingly, this matter is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's orders.

jso

MINUTES FORM 11
CIVIL-GEN                                                                                  Initials of Deputy Clerk RRP